IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CT-3218-D

MICHAEL DORSEY NEEDHAM,       )
                              )
            Plaintiff,        )
                              )
      v.                      )        **ORDER ON SCHEDULING**
                              )
LESLIE DISMUKES, et al.,      )
                              )
            Defendants.       )

This case comes before the court for entry of a scheduling order. Having reviewed the record, it is ORDERED as follows:

1. Pursuant to 21-SO-11, the court hereby appoints NCPLS to conduct discovery on plaintiff's behalf.

2. All discovery will be commenced in time to be completed no later than **July 27, 2026**, and NCPLS shall file the Response to Appointment Order, pursuant to 21-SO-11 ¶ 9 upon conclusion of the discovery period.

3. All motions, except those relating to the admissibility of evidence at trial, shall be filed by **August 26, 2026**. Untimely motions may be summarily disregarded. In considering what dispositive motions may be appropriate, the parties are reminded that the court has already conducted a review of the complaint, pursuant to 28 U.S.C. § 1915A, to "identify cognizable claims or dismiss the complaint, or any portion of the complaint, [that] (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." 28 U.S.C. § 1915A(b).

4. In the event the court finds that a motion raises genuine issues of material fact, a subsequent order will issue scheduling a final pretrial conference and setting the case for trial before United States District Judge James C. Dever III.

5. Requests for modification of the scheduling order that will require a continuance of the trial will be granted only upon a strong showing of due diligence and good cause.

SO ORDERED, this 27th day of March, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge